

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2014

No. 04-13-00069-CV

**TARRANT COUNTY DEMOCRATIC PARTY**, Steve Maxwell, In His Official Capacity as Chair of the Tarrant County Democratic Party, Texas Democratic Party; and Gilberto Hinojosa, In His Official Capacity as Chair of the Texas Democratic Party, Appellants

v.

John **STEEN**, in his official capacity as Secretary of State of Texas, Appellee

From the 345th District Court, Travis County, Texas
Trial Court No. D-1-GN-09-00172
The Honorable Amy Clark-Meachum, Judge Presiding

## O R D E R

On February 18, 2014, Appellee Texas Secretary of State filed a motion for leave to file a post-submission letter brief and a post-submission letter brief. On February 19, 2014, this court issued its opinion and judgment which addressed both of Appellee's letter brief points.

Appellee's motion for leave to file a post-submission letter brief is GRANTED; the letter brief is filed. *See* TEX. R. APP. P. 38.7; *Standard Fruit & Vegetable Co. v. Johnson*, 985 S.W.2d 62, 65 (Tex. 1998).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2014.

Keith E. Hottle
Clerk of Court